JOHN R. BOBAY, Esq. (California State Bar No: 78993)
Law Offices of John R. Bobay
50 Hill Crest Court
San Anselmo, CA  94960
telephone:      1.415.457.0720
facsimile:       1.415.366.2228
email:            jrbobay@pacbell.net

Attorneys for Defendants Page Toyota and
LaFontaine Toyota

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN OF DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC<br>*dba*<br>CITY TOYOTA,<br>a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC.,<br>CHAD M. PETRO,<br>*et al*.,<br><br>Defendants. | Case Number:  C12 3907 MEJ<br><br>[Proposed]<br>ORDER GRANTING DEFENDANTS PAGE TOYOTA'S AND LAFONTAINE TOYOTA'S MOTION FOR ADMINISTRATIVE RELIEF EXTENDING  LAST DAY TO PLEAD OR OTHERWISE RESPOND TO CITY TOYOTA'S COMPLAINT UP TO AND INCLUDING OCTOBER 29, 2012<br><br>DATE:              NONE<br>TIME:              NONE<br>TRIAL DATE:  NONE |

Good cause appearing,

IT IS HEREBY ORDERED that Defendant Page Imports, Inc., dba Page Toyota and Defendant LaFontaine Motors, Inc., dba  LaFontaine Toyota shall have an additional 30 days, up to and including October 29, 2012, for each of  them to plead or otherwise respond to the Complaint herein.

DATED: Sept. 27, 2012

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Honorable Maria-Elena James

-1-
*Order Granting Time Ext to Defs Page Toyota & LaFontaine Toyota*

LAW OFFICES OF
JOHN R. BOBAY
50 HILL CREST COURT
SAN ANSELMO CA 94960
TEL. 415.457.0720
FAX: 415.366.2228