WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California  94596

Tel:  (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
PAG-DALY CITY, LLC, dba City Toyota

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>　　　　　Defendants. | No.   3:12-cv-3907-MEJ<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT JOSEPH T OF D CO.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING HEREIN, IT IS SO ORDERED THAT Plaintiff PAG-Daly City, LLC shall file its opposition to Defendant Joseph T of D Co.'s Motion to Dismiss For Lack of Personal Jurisdiction on October 17, 2012, and Defendant Joseph T of D Co. shall file its Reply on October 24, 2012.  The hearing for the motion is continued to **November 8, 2012 at 10:00 a.m.**, Courtroom B 15th Floor. ~~shall remain set for November 1, 2012, at 10:00 a.m.~~

IT IS SO ORDERED.

Dated: ___October 9, 2012_____        _____
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court