WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California 94596

Tel: (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
PAG-DALY CITY, LLC, dba City Toyota

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>Defendants. | No. 3:12-cv-3907-MEJ<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT FAULKNER TREVOSE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO CHANGE HEARING DATE** |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING HEREIN, IT IS SO ORDERED THAT Plaintiff PAG-Daly City, LLC shall file its opposition to Defendant Faulkner Trevose, Inc.'s Motion to Dismiss For Lack of Personal Jurisdiction on October 17, 2012, and Defendant Faulkner Trevose, Inc.. shall file its Reply on October 24, 2012. The hearing for the motion shall be changed and the hearing on the motion is now set for November 8, 2012, at 10:00 a.m.

IT IS SO ORDERED.

1 Dated: __October 10, 2012_____

_____
Judge Maria-Elena James
United States District Court
Northern District of California