1  Dana W. Chilson
   Barbara A. Darkes
2  McNees Wallace & Nurick LLC
   100 Pine Street, PO Box 1166
3  Harrisburg, PA 17108-1166
   Telephone: 717.237.5457
4              717 237-5381
   Facsimile: 717.260.1780
5              717 260-1677
   E-Mail:   dchilson@mwn.com
6            bdarkes@mwn.com

7  David W. Evans (Bar No. 79466)
   Stephen J. Squillario (Bar No. 257781)
8  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
9  San Francisco, California 94105
   Telephone: 415.546.7500
10 Facsimile: 415.546.7505
   E-Mail: devans@hbblaw.com
11         ssquillario@hbblaw.com

12 Attorneys for Defendant
   FAULKNER TREVOSE, INC.,
13 a Pennsylvania Corporation

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company, | Case No. 3:12-cv-03907-MEJ
17 |                                              |
   |                                              | [Assigned to Hon. Maria-Elena James]
18 |        Plaintiff,                            |
19 |        vs.                                   | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*
20 | QUALITY AUTO LOCATORS, INC.; CHAD M. PETRO; HERB CHAMBERS 1168, INC., |
21 | dba HERB CHAMBERS TOYOTA; PLE ENTERPRISES, INC., dba ROLLING HILLS |
22 | TOYOTA; PAGE IMPORTS, INC., dba PAGE TOYOTA; FAULKNER TREVOSE |
23 | INC., fka FAULKNER TOYOTA, INC.; BERT WOLFE, INC., dba BERT WOLFE |
24 | TOYOTA; MULLER AUTOMOTIVE, INC., dba LAWRENCE TOYOTA; WALKER |
25 | AUTO GROUP, INC., dba WALKER TOYOTA; JOSEPH T OF D CO., dba |
26 | JOSEPH AIRPORT TOYOTA; and CHARLES BARKER ENTERPRISES, INC., |
27 | dba CHARLES BARKER TOYOTA, |
28 |        Defendants.                           |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995194.1

1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Barbara A. Darkes, an active member in good standing of the bar of the Supreme Court of Pennsylvania and of the U.S. District Court for the Middle District of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant FAULKNER TREVOSE, INC., a Pennsylvania Corporation, in the above-captioned action.

In support of this application, I certify on oath that:

(1) I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

(2) I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

(3) Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-captioned action. The name, address and telephone number of those attorneys are: David W. Evans and Stephen J. Squillario, Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105, (415) 546-7500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2012

Barbara A. Darkes

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995194.1

2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>QUALITY AUTO LOCATORS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 3:12-cv-03907-MEJ<br><br>[Assigned to Hon. Maria-Elena James]<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Barbara A. Darkes, whose business address and telephone number is McNees Wallace & Nurick LLC, 100 Pine Street, PO Box 1166, Harrisburg, PA 17108-1166, (717) 237-5381, and who is an active member in good standing of the bar of the Supreme Court of Pennsylvania and of the U.S. District Court for the Middle District of Pennsylvania having applied in the above-captioned action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant FAULKNER TREVOSE, INC., a Pennsylvania Corporation, IT IS HEREBY ORDERED THAT the Application is hereby granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCTOBER 11, 2012

_____
Maria-Elena James
U.S. District Court Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995194.1

3
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Barbara Ann Darkes, Esq.*

DATE OF ADMISSION

*May 15, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 25, 2012

Elizabeth E. Zisk
Chief Clerk