Dana W. Chilson
Barbara A. Darkes
McNees Wallace & Nurick LLC
100 Pine Street, PO Box 1166
Harrisburg, PA 17108-1166
Telephone: 717.237.5457
Facsimile: 717.260.1780
E-Mail: dchilson@mwn.com
       bdarkes@mwn.com

David W. Evans (Bar No. 79466)
Stephen J. Squillario (Bar No. 257781)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105
Telephone: 415.546.7500
Facsimile: 415.546.7505
E-Mail: devans@hbblaw.com
       ssquillario@hbblaw.com

Attorneys for Defendant
FAULKNER TREVOSE, INC.,
a Pennsylvania Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC.; CHAD M. PETRO; HERB CHAMBERS 1168, INC., dba HERB CHAMBERS TOYOTA; PLE ENTERPRISES, INC., dba ROLLING HILLS TOYOTA; PAGE IMPORTS, INC., dba PAGE TOYOTA; FAULKNER TREVOSE INC., fka FAULKNER TOYOTA, INC.; BERT WOLFE, INC., dba BERT WOLFE TOYOTA; MULLER AUTOMOTIVE, INC., dba LAWRENCE TOYOTA; WALKER AUTO GROUP, INC., dba WALKER TOYOTA; JOSEPH T OF D CO., dba JOSEPH AIRPORT TOYOTA; and CHARLES BARKER ENTERPRISES, INC., dba CHARLES BARKER TOYOTA,<br><br>        Defendants. | Case No. 3:12-cv-03907-MEJ<br><br>[Assigned to Hon. Maria-Elena James]<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995224.1

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Dana W. Chilson, an active member in good standing of the bar of the Supreme Court of Pennsylvania and of the U.S. District Court for the Middle District of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant FAULKNER TREVOSE, INC., a Pennsylvania Corporation, in the above-captioned action.

In support of this application, I certify on oath that:

(1) I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

(2) I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

(3) Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-captioned action. The name, address and telephone number of those attorneys are: David W. Evans and Stephen J. Squillario, Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105, (415) 546-7500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2012

Dana W. Chilson

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995224.1

2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC., *et al.*,<br><br>Defendants. | Case No. 3:12-cv-03907-MEJ<br><br>[Assigned to Hon. Maria-Elena James]<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Dana W. Chilson, whose business address and telephone number is McNees Wallace & Nurick LLC, 100 Pine Street, PO Box 1166, Harrisburg, PA 17108-1166, (717) 237-5457, and who is an active member in good standing of the bar of the Supreme Court of Pennsylvania and of the U.S. District Court for the Middle District of Pennsylvania having applied in the above-captioned action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant FAULKNER TREVOSE, INC., a Pennsylvania Corporation, IT IS HEREBY ORDERED THAT the Application is hereby granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/15/2012

_____
Maria-Elena James
U.S. District Court Magistrate Judge

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

FT09-0000001
3995224.1

3
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Dana Windisch Chilson, Esq.

DATE OF ADMISSION

*October 15, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 25, 2012

_____
Elizabeth E. Zisk
Chief Clerk