WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California 94596

Tel: (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
PAG-DALY CITY, LLC, dba City Toyota

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>Defendants. | No.   3:12-cv-3907-MEJ<br><br>[~~PROPOSED~~] **ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT MULLER AUTOMOTIVE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING HEREIN, IT IS SO ORDERED THAT Plaintiff PAG-Daly City, LLC shall file its opposition to Defendant Muller Automotive, Inc.'s Motion to Dismiss For Lack of Personal Jurisdiction on October 17, 2012, and Defendant Muller Automotive, Inc. shall file its Reply on October 26, 2012. The hearing for the motion shall remain set for November 8, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __October 15, 2012_____                    _____
                                                                                                    Judge Maria-Elena James