WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California  94596

Tel:  (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
PAG-DALY CITY, LLC, dba City Toyota

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, <br><br>    Plaintiff, <br><br>    v. <br><br>QUALITY AUTO LOCATORS, INC. et al., <br><br>    Defendants. | No.   3:12-cv-3907-MEJ <br><br> [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO FILE EITHER A STIPULATION TO ADR PROCESS OR NOTICE FOR ADR PHONE CONFERENCE, AND TO FILE AN ADR CERTIFICATION |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING HEREIN, IT IS SO ORDERED THAT the deadline for Plaintiff and defendants Bert Wolfe, Inc., dba Bert Wolfe Toyota, Faulkner Trevose, Inc., dba Faulkner Toyota, Herb Chambers 1168, Inc., dba Herb Chambers Toyota, Joseph T of D Co., dba Joseph Airport Toyota, Muller Automotive, Inc. dba Lawrence Toyota, LaFontaine Motors, Inc., dba LaFontaine Toyota; Page Imports, Inc., dba Page Toyota; and Walker Auto Group dba Walker Toyota, to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, and to file an ADR Certification under Local Rule 16-8(b), is continued from October 11, 2012, and the new filing deadline for each of the named defendants shall be five days following entry of the Court's order on

that defendant's motion to dismiss for lack of personal jurisdiction and/or other Rule 12(b) motion, and that Plaintiff's deadline shall be five days following entry of any order on a defendant's motion to dismiss for lack of personal jurisdiction or other Rule 12(b) motion, or the filing of an Answer by a defendant, whichever occurs first.

IT IS SO ORDERED.

Dated: ____October 15, 2012_____         _____
                                            Magistrate Judge of the Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Maria-Elena James]*