IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC, | No. C 12-03907 WHA |
| Plaintiff, | |
| v. | **ORDER ON REASSIGNMENT** |
| QUALITY AUTO LOCATORS, INC., et al., | |
| Defendants. / | |

All pending motions are **TERMINATED**, and must be refiled in accordance with Civil Local Rule 7-1.

**IT IS SO ORDERED.**

Dated: October 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE