**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC, dba CITY
TOYOTA, a California limited liability
company,

        Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC.,
et al.,

        Defendants.

                          /

No. C 12-03907 WHA

**ORDER RE NOTICE
OF SETTLEMENT**

      The Court acknowledges and thanks the parties for their notice of a pending settlement

but must **DENY** the parties' request to continue all deadlines.

      **IT IS SO ORDERED.**

Dated:  January 16, 2013.

                              _____

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE