IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALITY AUTO LOCATORS, INC., et al.,<br><br>    Defendants.<br>                                          / | No. C 12-03907 WHA<br><br>**NOTICE REGARDING<br>ORAL ARGUMENT** |

After reviewing the written submissions, the Court is of the view that oral argument is unnecessary and will proceed to issue an order soon and to vacate the hearing set for January 31. If, however, one counsel advises the Court in writing by **NOON ON JANUARY 25** that most or all of the argument for its side will be conducted by a lawyer of four or fewer years out of law school (*see* Supplemental Order, dkt. no. 53 at ¶ 6), then the hearing will remain in place in order to provide that opportunity.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE