Eric R. Bowden (pro hac vice appl. Pending)
erb@colombopc.com
COLOMBO & COLOMBO, P.C.
40701 Woodward Ave., Suite 50
P.O. Box 2028
Bloomfield Hills, MI 48303-52028
Telephone (248) 645-9300
Fax (248) 645-5418

Attorneys for Page Imports, Inc.
d/b/a Page Toyota

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAG-DALY CITY, LLC d/b/a CITY TOYOTA, a California limited liability company | * * * * | Case No. 12-cv-03907 WHA |
| | | **APPLICATION FOR ADMISSION OF ERIC R. BOWDEN PRO HAC VICE** |
| Plaintiff, | * * | |
| v. | * * | (CIVIL LOCAL RULE 11-3) |
| QUALITY AUTO LOCATORS, INC., et al., | * * | |
| Defendants. | * | |

I, Eric R. Bowden, an active member in good standing of the bar of the State of Michigan (Bar No. P-63118), hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Page Imports, Inc. d/b/a Page Toyota, in the above-entitled action. My address of record is 40701 Woodward, Suite 50, P.O. Box 2028, Bloomfield Hills, MI 48303-2028. My telephone number is (248) 645-9300 and my email is erb@colombopc.com.

My local co-counsel in this case is John R. Bobay, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California at

50 Hill Crest Court, San Anselmo, CA 94960-1505. His telephone number is (415) 457-0720 and his email is jrbobay@pacbell.net

I am an active member in good standing of the U.S. Court of Appeals for the Sixth Circuit Court, U.S. District Courts for the Eastern and Western District of Michigan, and all courts of the State of Michigan, and a true and correct copy of a Certificate of Good Standing or the equivalent official document from the United States District Court Eastern District of Michigan is attached to this Application as *Exhibit A*.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternate Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2013         /s/  */s/Eric R. Bowden*
                                  Eric R. Bowden

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED that the Application of Eric R. Bowden is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated: March 26, 2013         _____
                              HON. WILLIAM H. ALSUP
                              UNITED STATES DISTRICT JUDGE