WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN & GILES LLP
580 California Street, 16th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California 94596

Tel: (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff and Counterdefendant
PAG-Daly City, LLC dba City Toyota

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | No. 3:12-cv-03907-WHA<br><br>[~~PROPOSED~~] **ORDER REGARDING DEPOSITIONS OF BROKERS AND COMPLETION OF DEPOSITION OF PAG-DALY CITY, LLC** |

In accordance with the stipulation of the parties filed April 24, 2013, and good cause appearing, the April 25, 2013, deadline in the Court's ordered entered January 25, 2013, is hereby extended to May 17, 2013, for the dealership defendants to complete the deposition of Plaintiff PAG-DALY CITY, LLC, and also extended to May 31, 2013, to permit City Toyota to compel the appearance of Messrs. Glass and Petro for deposition in Florida, and to complete those depositions.

IT IS SO ORDERED.

Date: May 1, 2013.

_____
William Alsup
United States District Judge