PERRY PITTENGER (*pro hac vice* appl. pending)
Schiller & Pittenger, P.C.
1771 Front Street
Scotch Plains, NJ 07076
(908) 490-0444

Attorneys for Defendant
MULLER AUTOMOTIVE, INC. dba
LAWRENCE TOYOTA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>Defendants. | Case No.: C12-3907 (WHA)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PERRY PITTENGER *PRO HAC VICE*** |

  I, Perry Pittenger, an active member in good standing of the bar of the State of New Jersey (Bar No. 031121984), hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Muller Automotive, Inc., dba Lawrence Toyota in the above-entitled action. My address of record is 1771 Front Street, Scotch Plains, New Jersey, 07076. My telephone number is (908) 490-0444. My email address is perry@carlawyernj.com.

  My local co-counsel in this case is Kenneth D. Schnur, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, located at 90 New Montgomery Street, Suite 1400, San Francisco, California, 94015. His telephone number is (415) 421-0730 and his email address is schnur@bwmlaw.com.

  I am an active member in good standing of Supreme Court of New Jersey and the U.S. District Court for the District of New Jersey. A true and correct copy of a certificate of good

standing or the equivalent official document from the bar of the State of New Jersey is attached to this application.

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2013  /s/
PERRY PITTENGER

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the Application of Perry Pittenger is granted, subject to the terms and condition of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 14, 2013

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE