IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC, dba CITY TOYOTA,
a California limited liability company,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE**

In response to defendant All Car auto Finders' motion to attend the case management conference by telephone, the courtroom telephone equipment does not make it feasible to conduct hearings over same. The motion is **DENIED**. All counsel shall please personally appear at the case management.

**IT IS SO ORDERED.**

Dated: May 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE