IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.
                                       /

No. C 12-03907 WHA

**ORDER SETTING SCHEDULE**

This order memorializes the orders entered by the Court at today's case management conference. Plaintiff has until **JULY 3** to take the deposition of Chris Glass. Chad Petro will sit for and complete his deposition by **JUNE 13**. No other extensions on jurisdictional discovery will be given. Both sides' supplemental briefs on personal jurisdiction will be due on **JULY 12**. All replies will be due on **JULY 19**. Absent a further order, no oral argument will be scheduled.

**IT IS SO ORDERED.**

Dated: June 6, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE