1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC d/b/a CITY
TOYOTA,

        Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et
al.,

        Defendants.

_____/

No. C 12-03907 WHA

**ORDER GRANTING ADMISSION
OF ATTORNEY JENNIFER R.
JOHNSON *PRO HAC VICE***

The application of attorney Jennifer R. Johnson for admission *pro hac vice* is **GRANTED**

subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must

indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local

co-counsel designated in the application will constitute notice to the party.

       **IT IS SO ORDERED.**

Dated:   June 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE