**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

PAG-DALY CITY, LLC,                          No. C 12-03907 WHA

            Plaintiff,

    v.                                       **ORDER DENYING REQUEST
                                             FOR PROTECTIVE ORDER**

QUALITY AUTO LOCATORS, INC., et
al.,

            Defendants.
                                        /

12
13
14
15
16
17
18

        In early April, plaintiff served non-party Christopher Glass with document and deposition

subpoenas issued by the Middle District of Florida (where Mr. Glass resides).  Thus far, Mr.

Glass has twice failed to appear for his deposition and has not produced any documents.  On

June 11, Mr. Glass filed a request *in propria persona* for a protective order in this action

requesting "protection from harassment by Plaintiff" and that the subpoenas be quashed.  On

June 17, plaintiff filed an emergency motion in the Middle District of Florida requesting that Mr.

Glass be compelled to appear for his deposition.  Magistrate Judge Thomas Morris granted

plaintiff's motion after a telephonic hearing.

        Assuming without deciding that the undersigned has jurisdiction to decide Mr. Glass'

19
20
21
22
23
24
25
26
27
28

request for a protective order, it now amounts to a collateral attack on Magistrate Judge Morris'

June 17 order.  This will not be permitted.  The request is **DENIED**.


**IT IS SO ORDERED.**


Dated:   June 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2