Lily N. Chinn (SBN 203173)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4012
Facsimile: (415) 262-4040
Email: lchinn@bdlaw.com

Howard M. Cooper (*Admitted Pro Hac Vice*)
Michel Thad Allen (*Admitted Pro Hac Vice*)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email: hcooper@toddweld.com
       mallen@toddweld.com

ATTORNEY FOR DEFENDANT
HERB CHAMBERS 1168, INC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC.; CHAD M. ETRO; HERB CHAMBERS 1168, INC., dba HERB CHAMBERS TOYOTA; PLE ENTERPRISES, INC., dba ROLLING HILLS TOYOTA; PAGE IMPORTS, INC., dba PAGE TOYOTA; FAULKNER TREVOSE, INC., fka FAULKNER TOYOTA, INC., dba FAULKNER TOYOTA; BERT WOLFE, INC, dba BERT WOLFE TOYOTA; MULLER AUTOMOTIVE, INC, dba LAWRENCE TOYOTA; WALKER AUTO GROUP, INC., dba WALKER TOYOTA; JOSEPH T OF D CO., dba JOSEPH AIRPORT TOYOTA; and CHARLES BARKER ENTERPRISES, INC., dba CHARLES BARKER TOYOTA;<br>                        Defendants. | No. 3:12-CV-03907-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING ASSENTED-TO MOTION TO FILE UNDER PARTIAL SEAL |

[PROPOSED] ORDER Granting Motion to File under Partial Seal
Case No. 3:12-CV-03907-WHA

1  The Assented-To Motion of Herb Chambers 1168, Inc. to File Under Partial Seal
2  pursuant to Local Rule 79-5(c) is granted, exclusively with respect to financial information
3  drawn from the document identified as the financial statement submitted by Plaintiff Pag-Daly
4  City to its Franchisor Toyota Motor Sales, U.S.A., Inc., dated December 2011, in the Joint
5  Declaration and Stipulation in support of said Assented-To Motion.  Defendant Herb Chambers
6  1168, Inc. may also file papers under a partial seal applied to the confidential financial
7  information from the financial statement submitted by Plaintiff Pag-Daly City to its Franchisor
8  Toyota Motor Sales, U.S.A., Inc., dated December 2011.

**IT IS SO ORDERED**.

Dated: ___July 22_____, 2013.            _____
                                           Hon. William H. Alsup
                                           United States District Court Judge