Lily N. Chinn (SBN 203173)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4012
Facsimile: (415) 262-4040
Email: lchinn@bdlaw.com

Howard M. Cooper *(Admitted Pro Hac Vice)*
Michel Thad Allen *(Admitted Pro Hac Vice)*
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email: hcooper@toddweld.com
      mallen@toddweld.com

ATTORNEY FOR DEFENDANT
HERB CHAMBERS 1168, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC.; CHAD M. ETRO; HERB CHAMBERS 1168, INC., dba HERB CHAMBERS TOYOTA; PLE ENTERPRISES, INC., dba ROLLING HILLS TOYOTA; PAGE IMPORTS, INC., dba PAGE TOYOTA; FAULKNER TREVOSE, INC., fka FAULKNER TOYOTA, INC., dba FAULKNER TOYOTA; BERT WOLFE, INC, dba BERT WOLFE TOYOTA; MULLER AUTOMOTIVE, INC, dba LAWRENCE TOYOTA; WALKER AUTO GROUP, INC., dba WALKER TOYOTA; and CHARLES BARKER ENTERPRISES, INC., dba CHARLES BARKER TOYOTA;<br>Defendants. | No. 3:12-CV-03907-WHA<br><br><br><br><br><br><br><br>**STIPULATED REQUEST FOR ORDER CHANGING AND ENLARGING TIME PURSUANT TO LOCAL RULE 6-1 AND 6-2**<br> AND ORDER THEREON |

1

The Parties to the above-captioned civil litigation hereby respectfully move this court to continue the Settlement Conference ordered for October 1, 2013 to November 21, 2013, to begin at 9:30 a.m. The Court has also ordered Settlement Conference Statements to be served as of September 24, 2013, and the Parties also respectfully move for an extension of time to serve Settlement Conference Statements up to and including November 14, 2013.

By Order of August 15, 2013 (Alsup, J.), this Court referred all Parties in the above captioned civil action to Magistrate Judge Nathanael Cousins for mediation/settlement at Settlement Conference scheduled for October 7, 2013. Dk#281.

Magistrate Judge Cousins ordered the Settlement Conference to take place on October 1, 2013. Dk#282.

Pursuant to Judge Cousins' Settlement Conference Standing Order of October 12, 2012 (Dk#282), the Court ordered the Parties to submit Settlement Conference Statements no later than seven days before the Settlement Conference.

Defendants, who are out-of-state residents, could not all attend the October 1, 2013 Settlement Conference, and therefore all Parties met and conferred with each other as well as Judge Cousin's clerk to arrange a mutually available date.

As a result, the Parties have all stipulated to November 21, 2013, with Settlement Conference Statements served pursuant to Judge Cousins' Settlement Conference Standing Order of October 12, 2012 as of November 14, 2013.

As stipulated,

It is so stipulated.

Dated: September 24, 2013        PUTTERMAN LOGAN & GILES, LLP

By _____/S/_____
William A. Logan, Jr.

Attorneys For Plaintiff

PAG-DALY CITY, LLC, dba City Toyota

Dated: September 24, 2013        SPARER LAW GROUP

By _____/S/_____
Jin H. Kim

Attorneys For Defendant

Bert Wolfe, Inc., dba Bert Wolfe Toyota

Dated: September 24, 2013        HAIGHT BROWN & BONESTEEL LLP

By _____/S/_____
David W. Evans

Attorneys For Defendant

Faulkner Trevose, Inc., dba Faulkner Toyota

Dated: September 24, 2013        TODD & WELD LLP

By _____/S/_____
Michael Thad Allen

Attorneys For Defendant

Herb Chambers 1168, Inc., dba Herb Chambers Toyota

| | | |
|---|---|---|
| 1 | Dated: September 24, 2013 | LAW OFFICES OF JOHN R. BOBAY |

By _____/S/_____
John R. Bobay

Attorneys For Defendants

Toyota; Page Imports, Inc., dba Page Toyota; and Walker Auto Group dba Walker Toyota

Dated: September 24, 2013                    BENJAMIN, WEILL & MAZER

By _____/S/_____
Kenneth D. Schnur

Attorneys For Defendant

Muller Automotive, Inc. dba Lawrence Toyota

Dated: September 24, 2013                    HINKLE LAW FIRM LLC

By _____/S/_____
Michelle R. Stewart

Attorneys For Defendant

PLE Enterprises, Inc. d/b/a Rolling Hills Toyota

Dated: September 24, 2013                           PERKINS COLE, LLP


By _____/S/_____
Joren Surya Bass

Attorneys For Defendant

Charles Barker Enterprises, Inc. d/b/a Charles Barker Toyota


Dated: September 24, 2013                           BRANSON, BRINKOP, GRIFFITH &
                                                    STRONG, LLP


By _____/S/_____
David Lee Strong

Attorneys For Defendant

All Car Auto Finders, LLC and Joshua Best

Lily N. Chinn (SBN 203173)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4012
Facsimile: (415) 262-4040
Email: lchinn@bdlaw.com

Howard M. Cooper *(Admitted Pro Hac Vice)*
Michel Thad Allen *(Admitted Pro Hac Vice)*
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
Email: hcooper@toddweld.com
       mallen@toddweld.com

ATTORNEY FOR DEFENDANT
HERB CHAMBERS 1168, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY AUTO LOCATORS, INC.; CHAD M. ETRO; HERB CHAMBERS 1168, INC., dba HERB CHAMBERS TOYOTA; PLE ENTERPRISES, INC., dba ROLLING HILLS TOYOTA; PAGE IMPORTS, INC., dba PAGE TOYOTA; FAULKNER TREVOSE, INC., fka FAULKNER TOYOTA, INC., dba FAULKNER TOYOTA; BERT WOLFE, INC, dba BERT WOLFE TOYOTA; MULLER AUTOMOTIVE, INC, dba LAWRENCE TOYOTA; WALKER AUTO GROUP, INC., dba WALKER TOYOTA; and CHARLES BARKER ENTERPRISES, INC., dba CHARLES BARKER TOYOTA;<br>                    Defendants. | No. 3:12-CV-03907-WHA<br><br>[~~PROPOSED~~] ORDER CHANGING AND ENLARGING TIME PURSUANT TO LOCAL RULE 6-1 AND 6-2 |

PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.

Date: _September 26, 2013_     _____
                               Hon. Nathanael M. Cousins

*[Stamp: GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]*