IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC TOYOTA,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., *et al.*,

    Defendants.
                            /

No. C 12-3907 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ANDREW OLTMAN MATHEWS**

The *pro hac vice* application of Attorney Andrew Oltman Mathews (Dkt. No. 304) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Virginia" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Virginia). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: December 2, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE