Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC<br><br>    Plaintiff(s),<br><br>v.<br><br>Quality Auto Locators, Inc. et al.<br><br>    Defendant(s). | Case No: 12-cv-03907<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Andrew O. Mathews, an active member in good standing of the bar of the Virginia Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Charles Barker Enterprises in the above-entitled action. My local co-counsel in this case is Joren Bass of Perkins Coie, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 South 10th Street, 16th Floor<br>Richmond, Virginia 23219 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(804) 420-6416 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>amathews@williamsmullen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jbass@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 77038.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/03/13

Andrew O. Mathews
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew O. Mathews is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 12, 2013.

IT IS SO ORDERED
Judge William Alsup

PRO HAC VICE APPLICATION & ORDER                                    October 2012