DONALD J. PUTTERMAN (BAR NO. 90822)
WILLIAM A. LOGAN, JR. (BAR NO. 115042)
PUTTERMAN LOGAN LLP
580 California Street, 12th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California  94596

Tel:  (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff and Counter-defendant
PAG-Daly City, LLC dba City Toyota

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>            Defendants.<br><br>AND RELATED COUNTER-CLAIM | No.   3:12-cv-03907-WHA<br><br>[PROPOSED] ORDER RE-SETTING HEARING DATE AND EXTENDING DEADLINES ON MOTION TO DISMISS OF DEFENDANT CHARLES BARKER |

In accordance with the stipulation of the parties filed March 5, 2014, and good cause appearing, the hearing on defendant Charles Barker Enterprises, Inc.'s ("Charles Barker") Motion to Dismiss for Improper Joinder, which is presently noticed for April 4, 2014, is hereby re-set to April 10, 2014, at 8:00 a.m.  Plaintiff's deadline to file and serve opposition papers to the motion is extended by one week, to March 14, 2014.  Charles Barker's reply papers to plaintiff's opposition are to be filed and served by March 21, 2014.

IT IS SO ORDERED.

Dated: March 6, 2014. _____

William A. Alsup
United States District Judge