IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC, dba CITY TOYOTA, a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALITY AUTO LOCATORS, INC., et al.,<br><br>  Defendants. | No. C 12-03907 WHA<br><br>**ORDER REGARDING BRANSON, BRINKOP, GRIFFITH & STRONG, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR JOSHUA BEST AND ALL CAR AUTO FINDERS, LLC** |

On March 13, the firm of Branson, Brinkop, Griffith & Strong, LLP filed a motion to withdraw was counsel of record for Joshua Best, an individual, and All Car Auto Finders, LLC, noticed for May 1 (or the earliest available date) (Dkt. No. 352). Counsel seeks to withdraw because their clients "are unable to pay the agreed upon costs and attorney['s] fees" (Br. 2). Counsel indicate that Mr. Best and All Car Auto Finders have consented to counsel's withdrawal (Strong Decl. ¶ 4, Exhs. D, E).

Branson, Brinkop, Griffith & Strong also request that the motion be heard earlier than May 1. They have filed a stipulation signed by counsel for plaintiff Pag-Daly, LLC and counsel for a number of defendants (Dkt. No. 353). Mr. Best and All Car Auto Finders, LLC are *not* parties to the stipulation.

The Court is willing to accommodate counsel's request for an earlier hearing date, on the condition that Joshua Best and All Car Auto Finders, LLC are able to appear on **APRIL 10 AT**

**8:00 A.M.** or waive in writing their appearances. If that condition is satisfied, then counsel may re-notice their motion to be heard at **8:00 A.M. ON APRIL 10**. Otherwise, the motion shall continue as noticed for May 1.

Counsel should be aware that All Car Auto Finders, LLC cannot proceed *pro se* unless alternative counsel steps in to represent the LLC. *See* Local Rule 3-9(b). The motion as to All Car Auto Finders, LLC is likely to be denied. The undersigned judge has not yet so ruled, but counsel should be aware of this likelihood.

If Joshua Best wishes to proceed *pro se*, he should be informed of the following:

1. All hearings before Judge William Alsup are heard at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 8, 19th Floor, San Francisco, CA 94102.

2. Judge Alsup's courtroom is *not* configured for telephonic appearances. That means, each party is required to appear *in person* or via counsel. Parties will need to appear in person for hearings, case management conferences, discovery disputes, final pretrial conferences, and trial.

3. All parties are expected to comply with the local rules, Judge Alsup's standing orders, Judge Alsup's supplemental order (Dkt. No. 53), orders entered in this action, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and governing law. Judge Alsup's standing orders are available at http://www.cand.uscourts.gov/whaorders.

4. All existing deadlines apply to all parties (Dkt. No. 281). Extensions are rarely granted; good cause (with a declaration signed under penalty of perjury) is needed to qualify.

**IT IS SO ORDERED.**

Dated: March 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2