IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907-WHA

**ORDER PERMITTING BRANSON, BRINKOP, GRIFFITH & STRONG, LLP, TO CONDITIONALLY WITHDRAW AS COUNSEL FOR JOSHUA BEST AND ALL CAR AUTO FINDERS, LLC**

A previous motion by Branson, Brinkop, Griffith & Strong, LLP, to withdraw as counsel of record for defendants Joshua Best and All Car Auto Finders, LLC was denied without prejudice because no substitution of counsel was made for All Car Auto Finders (Dkt. No. 369).

Both defendants now seek to substitute Branson, Brinkop, Griffith & Strong, LLP for the Menekshe Law Firm. To date, the Menekshe Law Firm has not yet appeared in this action. Branson, Brinkop, Griffith & Strong, LLP's request to withdraw as counsel for Joshua Best and All Car Auto Finders, LLC, is therefore *conditional* upon new counsel making a formal appearance in this case. *See* Local Civil Rule 11-5(b).

**IT IS SO ORDERED.**

Dated: May 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE