**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER SETTING DISCOVERY HEARING RE CHARLES BARKER'S DISCOVERY LETTER**

    The Court **SETS A THREE-HOUR MEET-AND-CONFER** starting at **7:30 A.M. AND CONTINUING TO 10:30 A.M. ON TUESDAY, MAY 13, 2014**, in the Court's jury room located on the 19th floor of the San Francisco courthouse concerning defendant Charles Barker Enterprise, Inc.'s discovery dispute. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining issue(s). Plaintiff's response is due by **5:00 P.M. ON MAY 12, 2014**. Please buzz chambers on **MAY 13 AT 7:30 A.M.** to be let into the Court's jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: May 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE