IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER TO SHOW CAUSE RE DISMISSAL**

    In light of the fact that all served defendants have now settled (or failed to appear), all parties have until **NOON ON SEPTEMBER 15, 2014**, to show cause why the remaining action should not be dismissed and the file should not be closed.

    **IT IS SO ORDERED.**

Dated: September 8, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE