IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER RE MOTIONS FOR DEFAULT JUDGMENT**

    The Court has read plaintiff's response to the order to show cause. Plaintiff intends to move for default judgment against Quality Auto Locators, Inc., Chad Petro, Classic Locators, Inc., Christopher Glass, and Malissia Glass. All motions for default judgment shall be filed by **NOON ON SEPTEMBER 26, 2014**. Plaintiff shall file one consolidated brief not to exceed fifty pages total. All responses to plaintiff's motion are due by **OCTOBER 10, 2014**.

    **IT IS SO ORDERED.**

Dated: September 15, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE