IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC, | |
| Plaintiff, | No. C 12-03907 WHA |
| v. | |
| QUALITY AUTO LOCATORS, INC., et al., | **ORDER RE DEFAULT JUDGMENT** |
| Defendants. | |

Pag-Daly City, LLC seeks default judgment against Quality Auto Locators, Inc. and Chad M. Petro, jointly and severally, in the amount of $2.9 million. Pag-Daly also seeks default judgment against Classic Locators, Inc., Christopher Glass, and Malissia Glass, jointly and severally, in the amount of $2.9 million.

The aforementioned defendants were served with the summons and second amended complaint in January. Default was entered in August. Now, plaintiff moves for default judgment. The motion is noticed for a hearing on **OCTOBER 30 AT 8:00 A.M.** at 450 Golden Gate Avenue, San Francisco, CA (Courtroom 8 on the 19th Floor). Plaintiff is hereby ordered to promptly personally serve the aforementioned defendants with a copy of this order and the motion for default judgment by **SEPTEMBER 30**. Certificates of service, signed under penalty of perjury, shall be promptly filed.

The declaration of David Moeller was submitted in support of the sum requested. Mr. Moeller shall be available and prepared to testify at the hearing, if needed. Plaintiff shall bring all documents necessary in support of the motion, including all documents regarding the amount requested. In addition, plaintiff only stated that the "aggregate amount" of the other settlements

was "slightly more" than $1.6 million. By **OCTOBER 1**, plaintiff shall lodge for *in camera* review a declaration setting forth the other settlement amounts, appending copies of those settlement agreements.

Quality Auto Locators, Chad Petro, Classic Locators, Christopher Glass, and Malissia Glass shall file a response or opposition by **NOON ON OCTOBER 14, 2014**. The reply is due by **NOON ON OCTOBER 20**.

**IT IS SO ORDERED.**

Dated: September 26, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2