1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PAG-DALY CITY, LLC,

11              Plaintiff,                         No. C 12-03907 WHA

12        v.

13   QUALITY AUTO LOCATORS, INC., et al.,          **ORDER VACATING TRIAL DATE**

14              Defendants.

15   _____/

16          All defendants, except for five defendants, have been dismissed.  Plaintiff has moved for

17   entry of default judgment against the five remaining defendants.  Accordingly, the

18   October 29 final pretrial conference and November 3 trial dates are hereby **VACATED**.

19

20          **IT IS SO ORDERED.**

21

22

23   Dated:   September 30, 2014.

                                    _____
24                                  WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

United States District Court
For the Northern District of California