IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC,

    Plaintiff,

v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER RE MOTION FOR DEFAULT JUDGMENT AND SERVICE**

Defendant Christopher Glass filed an objection to the motion for default judgment. He stated that the "first notice that the undersigned received that he was being sued was when he received this motion for default." By **OCTOBER 16 AT NOON**, Mr. Glass shall please file an affidavit, signed under oath, explaining the facts and circumstances regarding whether service of process of the summons and second amended complaint was proper. This order notes that plaintiff previously filed a certificate stating that "Christopher Steve Glass," located in Crescent City, Florida, was served with the summons and second amended complaint in January 2014 at 8:00 p.m. (Dkt. No. 335-3). Mr. Glass is also remind that he has until **OCTOBER 14 AT NOON**, to file a written statement identifying all of the reasons why he opposes the default judgment.

By **NOON ON OCTOBER 16**, plaintiff shall file an affidavit, signed under oath, setting forth the particulars of service of the summons and second amended complaint. If there is a genuine dispute, an evidentiary hearing may be set, during which at least Mr. Glass and ValJeanne Caster should be available to testify under oath.

Again, all parties, including Quality Auto Locators, Chad Petro, Classic Locators, Christopher Glass, and Malissia Glass, have until **OCTOBER 14, 2014 AT NOON** to file a written response to the motion for default judgment.

**IT IS SO ORDERED.**

Dated: October 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE