**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PAG-DALY CITY, LLC,

10           Plaintiff,                          No. C 12-03907 WHA

11       v.

12   QUALITY AUTO LOCATORS, INC., et al.,   **NOTICE OF LEGAL HELP CENTER
                                            RESOURCES**
13           Defendants.
                                      /

14

15        Plaintiff Pag-Daly City, LLC has moved for default judgment against Quality Auto

16   Locators, Chad Petro, Classic Locators, Christopher Glass, and Malissia Glass.  The hearing is

17   noticed for **OCTOBER 30, 2014, AT 8:00 A.M.** at 450 Golden Gate Avenue, San Francisco, CA.

18   Individual defendants may appear in person but company defendants may only appear through a

19   member of the bar of this Court.  *See* Civil Local Rule 3-9(b).

20        *Pro se* defendants are encouraged to contact the Legal Help Center.  Appointments can

21   be made in person or over the telephone by calling (415) 782-8982.  More information is

22   available at http://www.cand.uscourts.gov/proselitigants.

23

24        **IT IS SO ORDERED.**

25   Dated:   October 14, 2014.

26                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
27

28