IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAG-DALY CITY, LLC d/b/a CITY TOYOTA,

    Plaintiff,

  v.

QUALITY AUTO LOCATORS, INC., et al.,

    Defendants.

No. C 12-03907 WHA

**ORDER RE OCTOBER 30 HEARING**

It has come to the attention of the undersigned judge that *pro se* defendant Christopher Glass (located in Florida) has left a voicemail with the Courtroom Deputy requesting to appear telephonically at tomorrow's hearing. Mr. Glass is not registered to receive electronic ECF notice.

Accordingly, in the interest of time, the Courtroom Deputy shall please relay the following message to Mr. Glass via the telephone number provided in his voicemail:

1. Mr. Glass is granted permission to appear telephonically at the October 30, 2014, hearing (at 8:00 a.m. PST) regarding plaintiff's motion for default judgment. Mr. Glass is responsible for coordinating with Dawn Toland (the Courtroom Deputy) to set this up.

2. All requests and motions must be made through a written filing in this action.

3. The undersigned judge's courtroom is not usually configured for telephonic appearances, meaning that in the future all parties must appear *in person* or via counsel.

**IT IS SO ORDERED.**

Dated: October 29, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE