WILLIAM A. LOGAN, JR. (BAR NO. 115042)
LAURA M. MOONEY (BAR NO. 203692)
PUTTERMAN LOGAN LLP
580 California Street, 12th Floor
San Francisco, CA 94104

**Service address**:
2175 N. California Blvd, Suite 805
Walnut Creek, California  94596

Tel:  (415) 839-8779
Fax: (415) 376-0956
E-mail: wlogan@plglawyers.com

Attorneys for Plaintiff
PAG-Daly City, LLC dba City Toyota

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAG-DALY CITY, LLC dba CITY TOYOTA, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY AUTO LOCATORS, INC. et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | No.   3:12-cv-03907-WHA<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFF PAG-DALY CITY, LLC FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS QUALITY AUTO LOCATORS, INC., CHAD M. PETRO, CLASSIC LOCATORS, INC., CHRISTOPHER GLASS AND MALISSIA GLASS AND REQUEST FOR ENTRY OF DISMISSAL**<br><br>Date: October 30, 2014<br>Time: 8:00 a.m.<br><br>Before the Honorable William H. Alsup<br>Courtroom 8 |

Mindful of the concerns the Court expressed at the October 30, 2014, hearing on the motion of Plaintiff PAG-Daly City, LLC, dba City Toyota ("City Toyota") for entry of a default judgment against defendants Quality Auto Locators, Inc., Chad M. Petro, Classic Locators, Inc., Christopher Glass and Malissia Glass, as well as the burden on the Court of further proceedings in this case, City

1  Toyota hereby withdraws said motion and requests that the Court enter an order dismissing the action
2  as to those remaining defendants and closing the file.

3  Dated: October 30, 2014                           PUTTERMAN LOGAN LLP

                                                   By _____/S/_____
                                                       William A. Logan, Jr.

                                                   Attorneys For Plaintiff
                                                   PAG-Daly City, LLC dba City Toyota